UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Roy Frene

    v.                                             Case No. 18-cv-577-PB

Paula Mattis, et al

**ORDER**

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 15, 2019 . The defendant's motion to dismiss (doc. no. 6) is granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  /s/ Paul Barbadoro
                                                _____
                                                Paul Barbadoro
                                                United States District Judge

Date: August 6, 2019

cc:  Robert Roy Frene, pro se
     Lawrence Edelman, Esq.